## NEWHALL v. JORDAN, Collector.

(Circuit Court of Appeals, Second Circuit.   March 10, 1908.)

### No. 142.

CUSTOMS DUTIES—PAYMENT WITHOUT PROTEST—PAYMENT UNDER MISTAKE OF LAW.

Importers paid an internal revenue tax on their importations under a mistake of law, without protest of any kind, written or oral. *Held*, that they were not entitled to relief.

In Error to the Circuit Court of the United States for the Eastern District of New York.

For decision below, see 149 Fed. 586.

These proceedings were brought in behalf of E. Harold Newhall, plaintiff in error and plaintiff below, against Edward B. Jordan, United States collector of internal revenue for the First district of Brooklyn, defendant in error and defendant below.

John David Lannon, for plaintiff in error.
William J. Youngs, U. S. Atty., for defendant in error.

Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM.   The defendant, as collector of internal revenue, caused to be collected taxes upon two importations of bay rum from Porto Rico, which taxes were paid by the plaintiff without protest of any kind, written or oral.

The Circuit Court, following Chesebrough v. United States, 192 U. S. 253, 24 Sup. Ct. 262, 48 L. Ed. 432, held this to be a payment under a mistake of law for which no relief exists.   149 Fed. 586.

We are satisfied, after an examination of the authorities, that this conclusion is correct.

The judgment is affirmed.